UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY BAGGOTT and<br>KIMBERLY BOWENS,<br>                    **Defendants.** | CRIMINAL NO. 24-CR-127 (RBW) |

### NOTICE OF THE GOVERNMENT'S INTENT TO SEEK
### LIFE IMPRISONMENT WITHOUT RELEASE

The United States Attorney for the District of Columbia hereby informs the Court and the defendants that upon conviction in this case, defendant Rodney Baggott, is subject to the increased penalties provided by 22 D.C. Code, Sections 2104(a) and 2104.01(b)(12) in that the following aggravating circumstance existed:

- At the time of the commission of the murder, defendant Rodney Baggott had previously been convicted and sentenced for manslaughter, to wit, Voluntary Manslaughter While Armed in the Superior Court for the District of Columbia in Case Number 2015 CF1 013244.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ Daniel Seidel
       Daniel Seidel
       Cameron Tepfer
       Assistant United States Attorneys
       U.S. Attorney's Office
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-7619