CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Civil/Criminal No.: __24-cr-127 (RBW)__
)
RODNEY BAGGOTT and KIMBERLY BAGGOTT )
)

## NOTE FROM JURY

① In earlier (yesterday) testimony, it was mentioned Mr. Baggott had two phones at arrest in Silver Spring MD was only one phone analyzed from Mr. Baggott by Ms. Cantley?

Date: 7/18/2025

Time: 10:05 A.M.

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RODNEY BAGGOTT and KIMBERLY BAGGOTT

Civil/Criminal No.: __24-cr-127 (RBW)__

## NOTE FROM JURY

~~Does~~ Did Mr. Abdullah, as an Uber Eats driver, follow a reasonable route between the restaurant and the delivery point? Was it logical to ~~make~~ make a left turn onto Connecticut Avenue Northbound off of 20th Street?

Date: 7/18/2025

Time: 11:45 A.M.