CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RODNEY BAGGOTT and KIMBERLY BAGGOTT

Civil/Criminal No.: 24-cr-127 (RBW)

## NOTE FROM JURY

We would like to know how to zoom in on the videos, or if we need another media player.

Date: 07/23/2025

Time: 11:35 A.M