UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>KIMBERLY BAGGOTT,       )<br>)<br>         Defendants.    )<br>) | Criminal Action No. 24-127-2 (RBW) |

## VERDICT FORM

AND NOW, this __24TH__ day of __July__, 2025, we, the Jurors empaneled in the above captioned case, hereby find as follows:

**Count 6 (Accessory After the Fact to Assault With Intent to Kill While Armed between on or about January 30, 2024, and February 8, 2024)**

As to Count 6, we the members of the jury do hereby unanimously find the defendant, Kimberly Baggott:

__✓__ Not Guilty

_____ Guilty

Please sign and date this verdict form on the lines provided below.

__07/24/2025__
**Date**

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict form on the lines provided below.